AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BLOCK, FREDERIC | U.S DISTRICT COURT | 08/13/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2018 <br> **to** <br> 12/31/2018 |

**7. Chambers or Office Address**

225 CADMAN PLAZA E.
EASTERN DISTRICT COURT OF NY
BROOKLYN NY 11201

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  OFFICER | FREDERIC BLOCK P.C. |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| BLOCK, FREDERIC | 08/13/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | SELF EMPLOYED-OWNER OF CONSTRUCTION COMPANY |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BLOCK, FREDERIC** | 08/13/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BLOCK, FREDERIC | 08/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. ALLIANZGI NFJ | B | Dividend | K | T | | | | | |
| 2. BLACKROCK NY MUNI | C | Dividend | L | T | | | | | |
| 3. BLACKROCK MUNIYLD | B | Dividend | K | T | | | | | |
| 4. CALAMOS STRAT TOTAL RET | C | Dividend | K | T | | | | | |
| 5. EATON VANCE TAX DIV | C | Dividend | L | T | | | | | |
| 6. EATON VANCE TX-AD | C | Dividend | L | T | | | | | |
| 7. EATON VANCE ENH INC | C | Dividend | K | T | | | | | |
| 8. GUGGENHEIM S&P 500 | A | Dividend | | | Redeemed | 04/09/18 | L | A | |
| 9. ISHARES US CONSUMER | A | Dividend | K | T | | | | | |
| 10. INVESCO VARIABLE | A | Dividend | K | T | | | | | |
| 11. INVESCO PREFFERED | A | Dividend | K | T | | | | | |
| 12. INVESCO S&P 500 LOW | A | Dividend | K | T | | | | | |
| 13. INVESCO QQQ TR | A | Dividend | K | T | Sold<br>(part) | 10/01/18 | J | C | |
| 14. INVESCO S&P 500 TOP | A | Dividend | L | T | | | | | |
| 15. NUVEEN NY QUALITY | B | Dividend | K | T | | | | | |
| 16. POWERSHARES QQQ | A | Dividend | | | Merged<br>(with line 13) | 06/04/18 | J | | |
| 17. POWERSHARES PREFERRED | A | Dividend | | | Merged<br>(with line 11) | 06/04/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BLOCK, FREDERIC | 08/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. POWERSHARES S&P 500 | A | Dividend | | | Merged<br>(with line 12) | 06/04/18 | J | | |
| 19. POWERSHARES VARIABLE RAT | A | Dividend | | | Merged<br>(with line 10) | 06/04/18 | J | | |
| 20. ML BANK DEPOSIT PROGRAM | A | Interest | J | T | | | | | |
| 21. IRA-F. BLOCK | | | | | | | | | |
| 22. ALLIANCE BERNSTEIN GLOBAL | C | Dividend | K | T | | | | | |
| 23. ALLIANZGI NFJ | C | Dividend | K | T | | | | | |
| 24. BLACKROCK INTL GRWTH | A | Dividend | J | T | | | | | |
| 25. CALAMOS STRAT TOTAL | D | Dividend | L | T | | | | | |
| 26. COHEN AND STEERS QUALITY | C | Dividend | K | T | | | | | |
| 27. EATON VANCE TAX DIV INC | C | Dividend | K | T | | | | | |
| 28. EATON VANCE TX-AD | C | Dividend | K | T | | | | | |
| 29. EATON VANCE ENH INCOME | C | Dividend | L | T | | | | | |
| 30. FIRST TR SR FL | B | Dividend | K | T | | | | | |
| 31. GABELLI DIV & INC TRUST | C | Dividend | L | T | | | | | |
| 32. MORGAN STANLEY EMERGING | C | Dividend | K | T | | | | | |
| 33. BANK OF AMERICA NA RASP | A | Interest | J | T | | | | | |
| 34. IRA-F. BLOCK (2) | | | | | | | | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BLOCK, FREDERIC | 08/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. BANK OF AMERICA NA RASP | A | Interest | J | T | | | | | |
| 36. ABBVIE INC | A | Dividend | | | Buy | 03/27/18 | J | | |
| 37. ABBVIE INC | | None | | | Sold | 11/08/18 | J | A | |
| 38. AIR PRODUCTS &CHEM | A | Dividend | J | T | Buy | 03/21/18 | J | | |
| 39. AMGEN INC | A | Dividend | J | T | Buy | 01/24/18 | J | | |
| 40. AMGEN INC | | None | | | Sold<br>(part) | 11/08/18 | J | A | |
| 41. AMN ELEC POWER CO | A | Dividend | J | T | Buy | 12/18/18 | J | | |
| 42. AMN ELEC POWER CO | | None | | | Sold<br>(part) | 12/18/18 | J | A | |
| 43. ASTRAZENECA PLC | A | Dividend | J | T | Sold<br>(part) | 11/29/18 | J | A | |
| 44. AT&T | A | Dividend | J | T | Buy | 10/05/18 | J | | |
| 45. AT&T | | None | | | Sold<br>(part) | 03/09/18 | J | A | |
| 46. BB&T CORP | A | Dividend | J | T | Buy | 04/26/18 | J | | |
| 47. BB&T CORP | | None | | | Sold<br>(part) | 11/08/18 | J | A | |
| 48. BOEING CO | A | Dividend | J | T | Buy | 01/19/18 | J | | |
| 49. BOEING CO | | None | | | Sold<br>(part) | 08/06/18 | J | A | |
| 50. BROADCOM LTD | A | Dividend | J | T | Buy | 12/18/18 | J | | |
| 51. CARNIVAL CORP | A | Dividend | J | T | Sold<br>(part) | 11/30/18 | J | A | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| BLOCK, FREDERIC | 08/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. CHEVRON CORP | A | Dividend | J | T | Buy | 11/15/18 | J | | |
| 53. CHUBB LTD | | None | J | T | Buy | 10/26/18 | J | | |
| 54. CISCO SYSTEMS INC | A | Dividend | J | T | Buy | 02/28/18 | J | | |
| 55. CISCO SYSTEMS INC | | None | | | Sold<br>(part) | 03/23/18 | J | A | |
| 56. CME GROUP INC | A | Dividend | J | T | Sold<br>(part) | 11/08/18 | J | B | |
| 57. COMM SERVICES SELECT | A | Dividend | J | T | Buy | 10/22/18 | J | | |
| 58. CONSUMER DISCRETIONARY SPDR | A | Dividend | J | T | Buy | 03/27/18 | J | | |
| 59. CONSUMER DISCRETIONARY SPDR | | None | | | Sold<br>(part) | 10/18/18 | J | A | |
| 60. COCA COLA COM | A | Dividend | J | T | Sold<br>(part) | 03/23/18 | J | A | |
| 61. CROWN CASTLE REIT INC | A | Dividend | J | T | Buy | 04/30/18 | J | | |
| 62. DIGITAL REALTY TR INC | A | Dividend | J | T | Sold<br>(part) | 03/23/18 | J | A | |
| 63. DOMINION ENERGY INC | A | Dividend | | | Sold | 03/22/18 | J | A | |
| 64. DUKE ENERGY | A | Dividend | J | T | Buy | 10/30/18 | J | | |
| 65. EMERSON ELEC CO | A | Dividend | | | Buy | 02/28/18 | J | | |
| 66. EMERSON ELEC CO | | None | | | Sold | 12/14/18 | J | A | |
| 67. EXELON CORP | A | Dividend | J | T | Buy | 05/11/18 | J | | |
| 68. EXXON MOBIL CORP | A | Dividend | J | T | Buy | 10/24/18 | J | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BLOCK, FREDERIC | 08/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. FIRST TR EXCHANGE | | None | J | T | Buy | 04/02/18 | J | | |
| 70. FIRST TR EXCHANGE | | None | | | Sold (part) | 06/22/18 | J | A | |
| 71. GENERAL MOTORS CO | A | Dividend | | | Sold | 10/03/18 | J | A | |
| 72. HEALTHCARE SELECT | A | Dividend | J | T | Buy | 06/25/18 | J | | |
| 73. HSBC HLDG PLC | A | Dividend | | | Buy | 01/24/18 | J | | |
| 74. HSBC HLDG PLC | | None | | | Sold | 10/24/18 | J | A | |
| 75. ILLINOIS TOOL WORKS INC | A | Dividend | | | Buy | 03/20/18 | J | | |
| 76. ILLINOIS TOOL WORKS INC | | None | | | Sold | 10/23/18 | J | A | |
| 77. INTEL CORP | A | Dividend | | | Buy | 03/12/18 | J | | |
| 78. INTEL CORP | | None | | | Sold | 08/23/18 | J | B | |
| 79. INTL BUSINESS MACHINES | A | Dividend | | | Sold | 10/26/18 | J | A | |
| 80. INVESCO EMERGING | A | Dividend | J | T | Sold (part) | 06/20/18 | J | A | |
| 81. INVESCO PREFERRED | A | Dividend | J | T | | | | | |
| 82. ISHARES MSCI EAFE | | None | | | Sold | 01/30/18 | K | D | |
| 83. ISHARES TIPS BOND ETF | A | Dividend | J | T | Buy | 02/02/18 | J | | |
| 84. ISHARES TIPS BOND ETF | | None | | | Sold (part) | 03/23/18 | J | A | |
| 85. ISHARES 3-7 YEAR | A | Dividend | J | T | Buy | 02/02/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. ISHARES 3-7 YEAR | | None | | | Sold<br>(part) | 03/23/18 | J | A | |
| 87. ISHARES MBS ETF | A | Dividend | K | T | Buy | 02/01/18 | J | | |
| 88. ISHARES MBS ETF | | None | | | Sold<br>(part) | 06/25/18 | J | A | |
| 89. ISHARES IBOXX HIGH YIELD | A | Dividend | J | T | Buy | 02/02/18 | J | | |
| 90. ISHARES IBOXX HIGH YIELD | | None | | | Sold<br>(part) | 03/23/18 | J | A | |
| 91. ISHARES IBOXX $ INVT | A | Dividend | K | T | Buy | 06/25/18 | J | | |
| 92. ISHARES INC CORE MSCI | A | Dividend | J | T | Buy | 03/27/18 | J | | |
| 93. ISHARES INC CORE MSCI | | None | | | Sold<br>(part) | 03/30/18 | J | A | |
| 94. ISHARES NASDAQ BIOTECH | A | Dividend | J | T | Buy | 03/27/18 | J | | |
| 95. ISHARES TR CORE MSCI | A | Dividend | K | T | Buy | 03/27/18 | K | | |
| 96. ISHARES TR CORE MSCI | | None | | | Sold<br>(part) | 06/20/18 | J | A | |
| 97. JOHNSON AND JOHNSON | A | Dividend | J | T | Buy | 11/15/18 | J | | |
| 98. JP MORGAN CHASE | A | Dividend | J | T | Buy | 08/28/18 | J | | |
| 99. JP MORGAN CHASE | | None | | | Sold<br>(part) | 08/30/18 | J | A | |
| 100. KIMBERLY CLARK | A | Dividend | | | Sold | 04/23/18 | J | A | |
| 101. KRAFT HEINZ CO | A | Dividend | | | Sold | 04/26/18 | J | A | |
| 102. LOCKHEED MARTIN CORP | A | Dividend | J | T | Buy | 04/25/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  LOCKHEED MARTIN CORP | | None | | | Sold<br>(part) | 08/13/18 | J | B | |
| 104.  MATERIALS SELECT SECTOR SPDR | A | Dividend | J | T | Buy | 03/27/18 | J | | |
| 105.  MATERIALS SELECT SECTOR SPDR | | None | | | Sold<br>(part) | 03/28/18 | J | A | |
| 106.  MCDONALDS CORP | A | Dividend | J | T | Sold<br>(part) | 01/12/18 | J | A | |
| 107.  MERCK AND CO | A | Dividend | J | T | Buy | 01/18/18 | J | | |
| 108.  MERCK AND CO | | None | | | Sold<br>(part) | 10/18/18 | J | A | |
| 109.  METLIFE INC | | None | | | Sold | 02/02/18 | J | A | |
| 110.  OCCIDENTAL PETE CORP | A | Dividend | | | Sold | 03/13/18 | J | A | |
| 111.  PACCAR INC | A | Dividend | | | Sold | 03/15/18 | J | A | |
| 112.  PEPSICO | A | Dividend | J | T | Buy | 06/29/18 | J | | |
| 113.  PFIZER INC | A | Dividend | J | T | Buy | 08/08/18 | J | | |
| 114.  PFIZER INC | | None | | | Sold<br>(part) | 10/18/18 | J | A | |
| 115.  PHILLIP MORRIS INTL | A | Dividend | | | Sold | 04/24/18 | J | A | |
| 116.  POWERSHARES EM SOVEREIGN | A | Dividend | | | Buy | 03/27/18 | J | | |
| 117.  POWERSHARES EM SOVEREIGN | | None | | | Redeemed | 06/04/18 | J | A | |
| 118.  POWERSHARES PREFFERED | A | Dividend | | | Buy | 02/02/18 | J | | |
| 119.  POWERSHARES PREFFERED | | None | | | Sold | 03/23/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BLOCK, FREDERIC | 08/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  PPL CORP | A | Dividend | | | Sold | 01/01/18 | J | A | |
| 121.  PROCTER GAMBLE CO | A | Dividend | | | Sold | 04/25/18 | J | A | |
| 122.  REAL ESTATE SELECT | A | Dividend | J | T | Buy | 02/02/18 | J | | |
| 123.  REAL ESTATE SELECT | | None | | | Sold (part) | 03/23/18 | J | A | |
| 124.  ROYAL DUTCH SHELL | A | Dividend | J | T | Sold (part) | 03/23/18 | J | A | |
| 125.  SECTOR SPDR CONSMRS STPL | A | Dividend | J | T | Buy | 03/27/18 | J | | |
| 126.  SECTOR SPDR CONSMRS STPL | | None | | | Sold (part) | 03/29/18 | J | A | |
| 127.  SECTOR SPDR ENERGY | A | Dividend | J | T | Sold (part) | 03/06/18 | J | A | |
| 128.  SECTOR SPDR INDUSTRIAL | A | Dividend | J | T | Buy | 02/02/18 | J | | |
| 129.  SECTOR SPDR UTILITIES | A | Dividend | J | T | Sold (part) | 03/06/18 | J | A | |
| 130.  SIMON PROPERTY GROUP | A | Dividend | J | T | Buy | 05/14/18 | J | | |
| 131.  SPDR S&P INSURANCE | A | Dividend | J | T | Sold (part) | 06/21/18 | J | A | |
| 132.  SYSCO CORP | A | Dividend | J | T | Buy | 05/11/18 | J | | |
| 133.  TARGET CORP | A | Dividend | J | T | Buy | 01/23/18 | J | | |
| 134.  TARGET CORP | | None | | | Sold (part) | 10/30/18 | J | A | |
| 135.  TEXAS INSTRUMENTS | A | Dividend | | | Buy | 01/09/18 | J | | |
| 136.  TEXAS INSTRUMENTS | | None | | | Sold | 10/26/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BLOCK, FREDERIC | 08/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  TORONTO DOMINION BANK | A | Dividend | J | T | Sold<br>(part) | 03/23/18 | J | A | |
| 138.  TRANSCANADA CORP | A | Dividend | | | Sold | 05/30/18 | J | A | |
| 139.  UNITED TECHS CORP | A | Dividend | J | T | Buy | 02/12/18 | J | | |
| 140.  UNITED TECHS CORP | | None | | | Sold<br>(part) | 08/24/18 | J | A | |
| 141.  VANECK VECTORS JP | A | Dividend | J | T | Buy | 02/02/18 | J | | |
| 142.  VANECK VECTORS JP | | None | | | Sold<br>(part) | 06/20/18 | J | A | |
| 143.  VANGUARD FINANCIALS ETF | A | Dividend | J | T | Buy | 03/27/18 | J | | |
| 144.  VANGUARD FINANCIALS ETF | | None | | | Sold<br>(part) | 03/30/18 | J | A | |
| 145.  VANGUARD INFORMATION | A | Dividend | J | T | Buy | 02/02/18 | J | | |
| 146.  VANGUARD INFORMATION | | None | | | Sold<br>(part) | 08/29/18 | J | B | |
| 147.  VANGUARD INTERMEDIATE | A | Dividend | K | T | Buy | 02/02/18 | J | | |
| 148.  VANGUARD INTERMEDIATE | | None | | | Sold<br>(part) | 06/22/18 | J | A | |
| 149.  VANGUARD SHORT TERM | A | Dividend | K | T | Buy | 02/02/18 | J | | |
| 150.  VANGUARD SHORT TERM | | None | | | Sold<br>(part) | 03/23/18 | J | A | |
| 151.  VANGUARD TELECOMM | | None | | | Buy | 02/02/18 | J | | |
| 152.  VANGUARD TELECOMM | | None | | | Sold | 03/06/18 | J | A | |
| 153.  VENTAS INC | A | Dividend | | | Sold | 03/15/18 | J | A | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| BLOCK, FREDERIC | 08/13/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. VERIZON COMMUNICATIONS | A | Dividend | J | T | Sold<br>(part) | 11/29/18 | J | A | |
| 155. VODAFONE GRP | A | Dividend | | | Buy | 01/19/18 | J | | |
| 156. VODAFONE GRP | | None | | | Sold | 09/11/18 | J | A | |
| 157. WALMART INC | | None | J | T | Buy | 10/30/18 | J | | |
| 158. WELLS FARGO CO | A | Dividend | J | T | Buy | 08/28/18 | J | | |
| 159. WELLS FARGO CO | | None | | | Sold<br>(part) | 12/12/18 | J | A | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BLOCK, FREDERIC** | 08/13/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| BLOCK, FREDERIC | 08/13/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **S/ FREDERIC BLOCK**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544